# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**ARTHUR JONES,**

    **Plaintiff,**

    v.                                                                                      No. 2:14-cv-02876-SHL-tmp

**TENNESSEE DEPARTMENT of SAFETY**

    **Defendant.**

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Arthur Jones hereby stipulates that all claims against The Department of Safety as set forth in the Amended Complaint are hereby dismissed. Costs are assessed to each party individually.

Respectfully submitted this 9th day of July, 2015.

                                                    Respectfully submitted,

                                                    ESKINS, KING & MARNEY, PC

BY:    /s James E. King, Jr.
           JAMES E. KING, JR. (#21219)
           50 North Front Street, Suite 590
           Memphis, Tennessee  38103
           (901)578-6902
           Attorneys for Plaintiff

BY:    /s Michael Markham
           Michael Markham, Tenn BPR # 22097
           Civil Litigation and State Services Division
           Senior Counsel
           Cordell Hull Bldg. Second Floor
           PO Box 2207
           Nashville, TN 37202-0207
           615/ 741-1730
           Michael.Markham@ag.tn.gov