```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF TENNESSEE
                  WESTERN DIVISION
```

| | |
|---|---|
| ARTHUR JONES,<br><br>    Plaintiff,<br><br>v.<br><br>TENNESSEE DEPARTMENT OF SAFETY,<br><br>    Defendant. | No. 2:14-cv-2876-SHL-tmp |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Pro Se Complaint (ECF No. 1), filed November 7, 2014,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal (ECF No. 31) filed July 10, 2015, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims by Plaintiff against Defendant are hereby DISMISSED WITHOUT PREJUDICE.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

July 10, 2015
Date